United States Court of Appeals
Fifth Circuit

**F I L E D**

**July 8, 2005**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT
_____

No. 04-11501
_____

UNITED STATES OF AMERICA

                    Plaintiff - Appellee

    v.

ARTURO ESQUIVEL-GUILLEN

                    Defendant - Appellant

----------------------
Appeal from the United States District Court for the
Northern District of Texas, Dallas
----------------------

Before WIENER, BENAVIDES, and STEWART, Circuit Judges.

PER CURIAM:[1]

    IT IS ORDERED that the parties' joint motion to vacate sentence is GRANTED.

    IT IS FURTHER ORDERED that the parties' joint motion to remand case for resentencing is GRANTED.

    IT IS FURTHER ORDERED that the parties' joint motion to extend time to file appellant's brief is DENIED AS UNNECESSARY.

---

[1]Pursuant to 5th Cir. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5th Cir. R. 47.5.4.